IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION – KANSAS CITY

| | | |
|---|---|---|
| TAMMY RICHARDS and DAVID RICHARDS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| ALLY FINANCIAL, INC., SYNCHRONY BANK (a/k/a SYNCHRONY FINANCIAL), COMENITY BANK, ACIMA CREDIT, LLC, KANSAS COUNSELORS, INC., UNITED CONSUMERS CREDIT UNION, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:19-CV-00473-GAF |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Tammy and David Richards ("Plaintiffs") and Defendant Acima Credit, LLC ("Acima") hereby notify the Court that a settlement has been reached as to all claims of Plaintiffs against Defendant Acima in this matter. The parties are currently drafting the settlement documents. The parties respectfully request that this Court allow the parties thirty (30) days to file a joint stipulation of dismissal.

The Plaintiffs' claims against the remaining Defendants have not been resolved and should remain of record.

Respectfully submitted this the 12th day of September, 2019.

| | |
|---|---|
| */s/ Chiya C. Lloyd*_____ | */s/ Zachary D. Miller* |
| Chiya C. Lloyd | Ryan S. Rummage (Missouri Bar No. 69871) |
| Pearson Law, LLC | BURR & FORMAN LLP |
| 605 SW US 40 Highway #447 | 420 North 20th Street, Suite 3400 |
| Blue Springs, MO 64014 | Birmingham, Alabama  35203 |
| Telephone:  (816) 866-9700 | Telephone: (205) 251-3000 |
| cclloyd@pearsonlawllc.net | Facsimile: (205) 458-5100 |
| | rrummage@burr.com |
| Attorney for Plaintiffs | |
| TAMMY RICHARDS AND DAVID RICHARDS | Zachary D. Miller (Admitted *Pro Hac Vice*) |
| | BURR & FORMAN LLP |
| | 222 Second Avenue South, Suite 2000 |
| | Nashville, TN 37201 |
| | Telephone:  (615) 724-3216 |
| | Facsimile:  (615) 724-3316 |
| | zmiller@burr.com |
| | |
| | Attorneys for Defendant |
| | ACIMA CREDIT, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 12th day of September, 2019:

Chiya C Lloyd
Pearson Law, LLC
605 SW US 40 Highway
Ste #447
Blue Springs, MO 64014
chiya.pearson@att.net

Todd A. Lubben
Brown & James, PC-St. Louis
800 Market Street, Suite 1100
St. Louis, MO 63101
tlubben@bjpc.com

William M. Huse
Schuckit & Associates, PC

4545 Northwestern Drive
Zionsville, IN 46077
whuse@schuckitlaw.com

Nelson L Mitten
Riezman Berger PC
7700 Bonhomme Avenue, Seventh Floor
St. Louis, MO 63105
Nlm@riezmanberger.com

Katrina L. Smeltzer
Sandberg, Phoenix & von Gontard, PC
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
Ksmeltzer@sandbergphoenix.com

Timothy Charles Sansone
Sandberg, Phoenix & von Gontard, PC
600 Washington Ave., 15th Floor
St. Louis, MO 63101
Tsansone@sandbergphoenix.com

Guillermo G. Zorogastua
Polsinelli PC
900 W. 48th Place
Kansas City, MO 64112
Gzorogastua@polsinelli.com

Andrea S. McMurtry
Danne Wayne Webb
Horn, Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Dwebb@hab-Law.com
amcmurtry@hab-law.com

Vanessa Healy
901 Lakeside Avenue
Cleveland, OH 4114
Vvhealy@jonesday.com

Kevin P. Clark
Litchfield Cavo LLP
222 South Central Avenue, Suite 110
Clayton, MO 63105
clark@litchfieldcavo.com

Ethan G. Ostroff
Troutman Sanders – Virginia Beach
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
ethan.ostroff@troutman.com

          */s/ Zachary D. Miller*
          OF COUNSEL